[This decision has been published in *Ohio Official Reports* at 97 Ohio St.3d 1212.]

SANDERS, APPELLANT, *v*. UNITED PARCEL SERVICE, INC., APPELLEE.

[Cite as *Sanders v. United Parcel Serv., Inc*., 2002-Ohio-5779.]

*Appeal dismissed as improvidently allowed.*

(No. 2001-2016—Submitted September 25, 2002—Decided November 6, 2002.)

APPEAL from the Court of Appeals for Hamilton County, No. C-010108.

————————————

{¶1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Jacobs, Kleinman, Seibel & McNally and Mark J. Byrne, for appellant.

Frost Brown Todd L.L.C., James D. Cockrum, Susan C. Lonowski and H. Lawson Walker II, for appellee.

————————————